# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARCH COAL, INC.,<br><br>                  Plaintiff,<br><br>     v.<br><br>THOMAS PEREZ, SECRETARY, LABOR and UNITED STATES DEPARTMENT OF LABOR,<br><br>                  Defendants. | Civil Docket No. 1:16-CV-00669-JDB |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants Thomas Perez and the United States Department of Labor hereby move to dismiss Plaintiff's complaint for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted. The reasons supporting Defendants' motion are set forth in the accompanying memorandum.

Dated:  August 5, 2016

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

CHANNING D. PHILLIPS
U.S. Attorney for the District of Columbia

JUDRY L. SUBAR
Assistant Director, Federal Programs Branch

  */s/ Bailey W. Heaps*
BAILEY W. HEAPS (CA Bar No. 295870)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
Telephone: (202) 514-1280
Facsimile: (202) 616-8470

Bailey.W.Heaps@usdoj.gov

*Counsel for Defendants*